IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. JEFFREY BROWNSON | : | CIVIL ACTION |
| v. | : | |
| PENNSYLVANIA STATE UNIVERSITY | : | NO.: 21-cv-02986 |

## O R D E R

**AND NOW**, this **16TH** day of **JULY 2021**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above captioned case is the Honorable Lynne A. Sitarski.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

*Kate Barkman*
_____
**KATE BARKMAN**
Clerk of Court