# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. JEFFREY BROWNSON, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| PENNSYLVANIA STATE UNIVERSITY, | : | NO. 21-2986 |
| Defendant. | : | |

## ORDER

**AND NOW**, this 22md day of November 2021, upon consideration of the Parties' joint Stipulation to Transfer Venue (ECF No. 6), **IT IS HEREBY ORDERED AND DECREED** that the Stipulation is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is hereby transferred to the United States District Court for the Middle District of Pennsylvania.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.